**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

> RE:   **RIVAS, Laticia**
>        **Docket Number:   2:03CR00147-02**
>        **PERMISSION TO TRAVEL**
>        **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Guanajuato, Mexico.  She is current with all supervision obligations, and the supervising probation officer in the Central District of California recommends approval be granted.

**Conviction and Sentencing Date:**  On March 28, 2005, Laticia Rivas was sentenced for the offense of Misprision of a Felony.

**Sentence imposed:** 48 months probation with special conditions to include financial restrictions and disclosure, 10 months CCC placement, cooperate with INS in determination of immigration status, employment restrictions, and $90,000 restitution.

It is noted Rivas is in compliance with all terms and conditions of supervision and the restitution obligation has been paid in full.

**Dates and Mode of Travel:** June 24, 2006, to July 23, 2006

> Ms. Rivas will be driving with her boyfriend and her three children to attend the baptism of her nephew in Guanajuato.  She will then travel to Juarez to visit her mother.

Rev. 03/2005
TRAVELOC.MRG

1

**RE:   Laticia RIVAS**
       **Docket Number:   2:03CR00147-02**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


**Purpose:** To attend nephew's baptism and visit family.


Respectfully Submitted,



/s/ kam
**Karen A. Meusling**
**Supervising United States Probation Officer**

**DATED:**      June 6, 2006
               Sacramento, California
               KAM:kam

---

**ORDER OF THE COURT:**


Approved _____XXXX_____      Disapproved _____


___June 7, 2006_____      ___/s/ Frank C. Damrell Jr._____
**Date**                                    **Frank C. Damrell, Jr.**
                                            **United States District Judge**

Rev. 03/2005
TRAVELOC.MRG