UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                RE:    **RIVAS, Laticia**
                        **Docket Number:   2:03CR00147-02**
                        **PERMISSION TO TRAVEL**
                        <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The probationer is requesting permission to travel to Juarez Caihuahua Michoacan, Mexico.  She is current with all supervision obligations, and the supervising probation officer in the Central District of California recommends approval be granted.

**Conviction and Sentencing Date:**  On March 28, 2005, Laticia Rivas was sentenced for the offense of Misprision of a Felony.

**Sentence imposed:** 48 months probation with special conditions to include financial restrictions and disclosure, 10 months CCC placement, cooperate with INS in determination of immigration status, employment restrictions, and $90,000 restitution.

It is noted Rivas is in compliance with all terms and conditions of supervision and the restitution obligation has been paid in full.

**Dates and Mode of Travel:**  December 20, 2008, to January 5, 2009

    Ms. Rivas will be driving with her husband and children, via their personal vehicle.

**RE:   Laticia RIVAS
        Docket Number:   2:03CR00147-02
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


**Purpose:** To be with her family over the holidays.

Respectfully submitted,

/s/ Richard A. Ertola


**Richard A. Ertola
Supervising United States Probation Officer**

**DATED:**   December 16, 2008
             Sacramento, California
             RAE:jc

---

**ORDER OF THE COURT:**

Approved  **X**          Disapproved  _____

December 16, 2008
**Date**

**Frank C. Damrell, Jr.
United States District Judge**

2

Rev. 03/2005
TRAVELOC.MRG